United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Tahlia Stone | § | Case No. 23-32986 |
| | § | |
| Debtor | § | Chapter 7 |
| | § | |
| Tahlia Stone, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 24-03274 |
| | § | |
| United States Department of Education. | § | |
| Defendant | § | |

### JUDGEMENT
**(Related to ECF No. 19)**

Having considered the Joint Stipulation and Motion for Order Determining Dischargeability filed by Plaintiff Tahlia Stone and Defendant United States Department of Education, the Court is of the opinion that the Motion should be granted:

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are not excepted from discharge under 11 U.S.C § 523(a)(8) because payment of the loans would impose an undue hardship on the debtor and the debtor's dependents.

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are discharged under 11 U.S.C. § 727.

IT IS ORDERED that the Clerk of Court close the instant adversary proceeding.

**Signed: December 15, 2025**

_____
Eduardo V. Rodriguez
**Chief United States Bankruptcy Judge**